

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-1738*
*www.usdoj.gov/usao/wie*

March 9, 2020

Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

      Re:    *United States v. Approx. $935,390.00 in United States Currency, et al.*
               Case No. 20-CV-376

Dear Clerk:

      This letter is to notify the Court that, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice by internet publication of the filing of a complaint in the above-captioned action will begin on March 10, 2020. The claim-filing deadline for any claimant who did not receive direct notice of the filing of the complaint is May 9, 2020.

      Please contact our office at (414) 297-1700 if you have any questions.

                                               Sincerely,

                                               MATTHEW D. KRUEGER
                                               United States Attorney

                     By:

                                s/SCOTT J. CAMPBELL
                                Assistant United States Attorney
                                Scott J. Campbell, Bar Number: 1017721
                                Attorney for Plaintiff
                                Office of the United States Attorney
                                Eastern District of Wisconsin
                                517 East Wisconsin Avenue, Room 530
                                Milwaukee, WI 53202
                                Telephone: (414) 297-1700
                                Fax: (414) 297-1738
                                E-Mail: scott.campbell@usdoj.gov