UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

APPROXIMATELY $935,390
IN UNITED STATES CURRENCY,

        Defendant.

Case No. 20-cv-376-pp

**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS (DKT. NO. 19) AND ADMINISTRATIVELY CLOSING CASE**

      The government has filed a Stipulated Motion to Stay Civil Forfeiture Case Pursuant to Title 18, United States Code, Section 981(g). Dkt. No. 19. The court finds good cause for the stay, **GRANTS** the stipulated motion, and **ORDERS** that this case is **STAYED** pending the outcome of the related criminal charges against claimant Govanny Molina in Milwaukee County Case No. 19CF4433 and against claimant Amanda Ware in Milwaukee County Case No. 19CF4434.

      The court **ORDERS** that each claimant shall notify the court and the other parties within 14 days after the related criminal charges in his or her Milwaukee County case are resolved, and that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES** pending receipt of those notifications. The

1

government or either of the claimants may move to lift the stay or reopen the case at any time.

Dated in Milwaukee, Wisconsin this 19th day of May, 2020.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**